UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESDALE, LLC
Bruce C. Truesdale, P.C., a subsidiary
147 Union Avenue, Suite 1E
Middlesex, New Jersey 08846
By: Bruce C. Truesdale, Esq., (BT0928)
(732) 302-9600
Attorney for the Debtor

| | |
|---|---|
| In Re: | Case No.: _____13-33748_____ |
| Kathleen R. Thomas | Judge: __Kathryn C. Ferguson__ |
| | Chapter: 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____9/28/2016_____, at __9:00 am__.

   ☐ Certification of Default filed by _____ ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Due to higher claims filed subsequent to confirmation, the Pot base amount has increased.  Debtor proposes to increase the Plan payment to $664.00 for the remaining 25 months of the Plan to reach the required Pot base amount of $30,497.00 (25 X 664.00 = 16,600.00 + 13,899.00 paid to date = $30,499.00).

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9/21/2016                                    /s/Kathleen R. Thomas
                                                           Debtor's Signature

Date: _____                     _____
                                                           Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*