Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.:  13−33748−KCF
                  Chapter:  13
                  Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen R Thomas
   1106 High Street
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−2489

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       4/27/17
Time:      02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Esq.
Attorney for Debtor

COMMISSION OR FEES
$1,180.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 7, 2017
JAN:

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-33748-KCF
Kathleen R Thomas                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Apr 07, 2017
                              Form ID: 137             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
```
db         +Kathleen R Thomas,    1106 High Street,    Burlington, NJ 08016-3204
aty        +Cristina L. Connor,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
cr         +Seventh Avenue,    PO Box 740933,    Dallas, TX 75374-0933
514455669  +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
514318489  +Abelson & Truesdale LLC,    147 Union Avenue,    Suite 1E,    Middlesex, NJ 08846-1063
514318491  +Bank of America,    Po Box 15719,    Wilmington, DE 19886-5719
514318490   Bank of America,    PO Box 5170,    Burlington, NJ 08016
514412298   Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
514318494  ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
             (address filed with court: Continental Finance,      PO Box 105125,    Atlanta, GA 30348)
514318492  +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
514412473   Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
514318493  +Capital One Bank NA,    PO Box 71083,    Charlotte, NC 28272-1083
514385591   Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514348041  +Department Stores National Bank/Visa,     Bankruptcy Processing,    Po Box 8053,
             Mason, OH 45040-8053
514318496   FIA  Card Services,    Po Box 15726,    Wilmington, DE 19886-5726
514318498  +HSBC Card Services,    PO Box 71104,    Charlotte, NC 28272-1104
514318502  +Lyons, Doughty & Veldhuis,    P.O. Box 1269,    Mount Laurel, NJ 08054-7269
514318503  +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
514553045   NATIONSTAR MORTGAGE, LLC,    Attn: Bankruptcy Department,     PO Box 630267, Irving, TX 75063,
             With copy to WPR, BK Services,    2001 Western Ave #400, Seattle, WA 98121
514383024  +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
514318505   Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
514423704  +Seventh Avenue,    c/o Creditors Bankruptcy Services,    PO Box 740933,    Dallas, TX 75374-0933
514318506  +Stock & Grimes,    804 West Avenue,    Jenkintown, PA 19046-2831
514318507  +Target,    Bankruptcy Dept,    P.O. Box 1327,    Minneapolis, MN 55440-1327
516635887  +U.S. Bank National Association, as Trustee,     Nationstar Mortgage LLC,    PO Box 619096,
             Dallas, TX 75261-9096
516635888  +U.S. Bank National Association, as Trustee,     Nationstar Mortgage LLC,    PO Box 619096,
             Dallas, TX 75261-9741,    U.S. Bank National Association, as Trust,
             Nationstar Mortgage LLC 75261-9096
514318508  +Union Plus Credt Card,    PO Box 71104,    Charlotte, NC 28272-1104
514463199   Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
514318509  +Wells Fargo Dealer Services,    PO Box 25431,    Santa Ana, CA 92799-5431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2017 22:46:26      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2017 22:46:21       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514414175       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2017 22:53:49
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
515093543      +E-mail/Text: bnc@atlasacq.com Apr 07 2017 22:45:44      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
514318495      +E-mail/Text: creditonebknotifications@resurgent.com Apr 07 2017 22:45:46       Credit One Bank,
                 Po Box 60500,   City Of Industry, CA 91716-0500
514498950       E-mail/Text: mrdiscen@discover.com Apr 07 2017 22:45:42      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
514318497      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2017 22:43:41       GECRB,    Bankruptcy Dept,
                 P.O. Box 103104,    Roswell, GA 30076-9104
514318499      +E-mail/Text: cio.bncmail@irs.gov Apr 07 2017 22:46:01      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
514318500      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 07 2017 22:45:51       Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
514318501      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2017 22:43:34       LVNV Funding,
                 PO Box 10497,   Greenville, SC 29603-0497
514549906       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2017 22:53:25
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
514318504      +E-mail/PDF: pa_dc_claims@navient.com Apr 07 2017 22:43:58      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
514351549      +E-mail/Text: bncmail@w-legal.com Apr 07 2017 22:46:33      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 13
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Apr 07, 2017
                              Form ID: 137               Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Kathleen R Thomas brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6