Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 13–33748–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kathleen R Thomas
  1106 High Street
  Burlington, NJ 08016

Social Security No.:
  xxx–xx–2489

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/11/18 at 09:00 AM

to consider and act upon the following:

*65* − Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 1106 High Street, Burlington, NJ, 08016. Fee Amount &#036 176. filed by Creditor NATIONSTAR MORTGAGE LLC, 40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2006–4, Mortgage Loan Pass–Through Certificates, Series 2006–4. Objection deadline is 06/27/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/26/18

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court