Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 13−33748−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen R Thomas
   1106 High Street
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−2489

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/11/18 at 09:00 AM

to consider and act upon the following:

*65* − Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 1106 High Street, Burlington, NJ, 08016. Fee Amount &#036 176. filed by Creditor NATIONSTAR MORTGAGE LLC, 40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2006−4, Mortgage Loan Pass−Through Certificates, Series 2006−4. Objection deadline is 06/27/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/26/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen R Thomas  
    Debtor

Case No. 13-33748-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2018  
                    Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db           +Kathleen R Thomas,    1106 High Street,    Burlington, NJ 08016-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

      Albert   Russo    docs@russotrustee.com  
      Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
      Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com  
      Bruce C. Truesdale    on behalf of Debtor Kathleen R Thomas brucectruesdalepc@gmail.com,  
      bctpcecf@gmail.com;r49787@notify.bestcase.com  
      Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for  
      HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4  
      dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,  
      bkgroup@kmllawgroup.com  
      Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,  
      bkgroup@kmllawgroup.com  
      Justin   Plean    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,  
      bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
      Kevin M. Buttery    on behalf of Creditor   U.S. Bank National Association, as Trustee for  
      HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4  
      bkyefile@rasflaw.com  
      Kevin M. Buttery    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com  
      Laura M. Egerman    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,  
      bkyecf@rasflaw.com;legerman@rasnj.com  
                                                                                                         TOTAL: 11