UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-4, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-4

Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
        Kathleen R. Thomas,

Debtor.

Case No.: 13-33748 KCF

Adv. No.:

Hearing Date: 7/11/18 @ 9:00 a.m.

Judge: Katherine C. Ferguson

## ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: July 26, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Kathleen R. Thomas
Case No:  13-33748 KCF
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-4, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-4, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 1106 High Street, Burlington, NJ, 08016, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Bruce C. Truesdale, Esq., attorney for Debtor, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of July 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2017 through July 2018 with $1,139.59 in suspense for a total post-petition default of $15,340.54 (7 @ $1,685.19, 1 @ $1,120.79, 3 @ $1,187.67 less suspense of $1,139.59); and

  It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make a payment of $15,340.54 directly to Secured Creditor no later than August 22, 2018; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 2018, directly to Secured Creditor ATT: Bankruptcy Dept. Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan; and the certification of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen R Thomas  
    Debtor

Case No. 13-33748-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 27, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db           +Kathleen R Thomas,    1106 High Street,    Burlington, NJ 08016-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Bruce C. Truesdale    on behalf of Debtor Kathleen R Thomas brucectruesdalepc@gmail.com,  
           bctpcecf@gmail.com;r49787@notify.bestcase.com  
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
           HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Justin   Plean    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,  
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
          Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
           HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4  
           bkyefile@rasflaw.com  
          Kevin M. Buttery    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com  
          Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,  
           bkyecf@rasflaw.com;legerman@rasnj.com  
          Sindi   Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
           HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4  
           smncina@rascrane.com  
                                                                                                      TOTAL: 12