| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>BRUCE C. TRUESDALE, PC<br>147 Union Avenue, Suite 1E<br>Middlesex, NJ 08846<br>By: Bruce C. Truesdale, Esq. (BT 0928)<br>Phone#: 732-302-9600<br>Fax#: 732-302-9066<br>Attorney For Debtors | Order Filed on August 7, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>KATHLEEN R. THOMAS | Case No.: 13-33748-KCF<br>Chapter: 13<br>Judge: FERGUSON |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 7, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that _____Bruce C. Truesdale_____, the applicant, is allowed a fee of $ _____1,180.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,180.00_____ . The allowance shall be payable:

      ☑      through the Chapter 13 plan as an administrative priority.

      ❏      outside the plan.

      The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen R Thomas  
      Debtor

Case No. 13-33748-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 07, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.  
db          +Kathleen R Thomas,   1106 High Street,   Burlington, NJ 08016-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:

          Albert   Russo   docs@russotrustee.com  
          Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Bruce C. Truesdale   on behalf of Debtor Kathleen R Thomas brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
          Denise E. Carlon   on behalf of Creditor    U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon   on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Joshua I. Goldman   on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Justin   Plean   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
          Kevin M. Buttery   on behalf of Creditor    U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 bkyefile@rasflaw.com  
          Kevin M. Buttery   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com  
          Laura M. Egerman   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
          Sindi   Mncina   on behalf of Creditor    U.S. Bank National Association, as Trustee for HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4 smncina@rascrane.com  
                                                                                                                                                                TOTAL: 12