UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE, LLC**
By: Steven J. Abelson, Esq.
ID # SA7987
80 W Main St.
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtors

In Re:

KATHLEEN THOMAS

Case No.: 13-33748

Hearing Date: August 8, 2018

Judge: Hon. Kathryn C. Ferguson

Order Filed on August 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER ALLOWING DEBTOR TO WITHDRAW FUNDS FROM 403(b)

The relief set forth on the following pages, numbered two (2) through (2)  is
hereby **ORDERED**.

**DATED: August 10, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER ALLOWING DEBTOR TO WITHDRAW FUNDS FROM 403(b)

**CASE NO**: 13-33748
**ADV. NUMBER**:

**DATE OF HEARING**: August 8, 2018

**JUDGE**: Hon. Kathryn C. Ferguson

---------------------------------------------------------------------------------------------------------------------------

This matter having been opened to the Court by Bruce C. Truesdale, Esq. as attorney for the Debtor,

with notice having been given to parties at interest and the Court having had the opportunity to review the

application of the Debtor and for the reasons set forth on the record and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) The Debtor is hereby permitted to withdraw funds from her 403(b) in an amount equal to that

of the post petition arrearage owed to her mortgage creditor.

2) Said funds may not be used for any purpose other than curing the aforementioned post petition

mortgage arrears.