**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE, LLC**
By: Steven J. Abelson, Esq.
ID # SA7987
80 W Main St.
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtors

Order Filed on August 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KATHLEEN THOMAS

Case No.: 13-33748

Hearing Date: August 8, 2018

Judge: Hon. Kathryn C. Ferguson

## ORDER ALLOWING DEBTOR TO WITHDRAW FUNDS FROM 403(b)

The relief set forth on the following pages, numbered two (2) through (2)  is
hereby **ORDERED**.

**DATED: August 10, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER ALLOWING DEBTOR TO WITHDRAW FUNDS FROM 403(b)

**CASE NO**: 13-33748
**ADV. NUMBER**:

**DATE OF HEARING**: August 8, 2018

**JUDGE**: Hon. Kathryn C. Ferguson
-------------------------------------------------------------------------------------------------------------------------------

This matter having been opened to the Court by Bruce C. Truesdale, Esq. as attorney for the Debtor,

with notice having been given to parties at interest and the Court having had the opportunity to review the

application of the Debtor and for the reasons set forth on the record and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) The Debtor is hereby permitted to withdraw funds from her 403(b) in an amount equal to that

of the post petition arrearage owed to her mortgage creditor.

2) Said funds may not be used for any purpose other than curing the aforementioned post petition

mortgage arrears.

United States Bankruptcy Court
District of New Jersey

In re:
Kathleen R Thomas
        Debtor

Case No. 13-33748-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 13, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db             +Kathleen R Thomas,    1106 High Street,    Burlington, NJ 08016-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Bruce C. Truesdale   on behalf of Debtor Kathleen R Thomas brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor    U.S. Bank National Association, as Trustee for
           HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Justin  Plean   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Kevin M. Buttery   on behalf of Creditor    U.S. Bank National Association, as Trustee for
           HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4
           bkyefile@rasflaw.com
          Kevin M. Buttery   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com
          Laura M. Egerman   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Sindi  Mncina   on behalf of Creditor    U.S. Bank National Association, as Trustee for
           HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4
           smncina@rascrane.com
                                                                              TOTAL: 12