UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Abelson & Truesdale, LLC
Bruce C. Truesdale, Esq.
147 Union Avenue, Suite 1E
Middlesex, NJ 08846
Tel: (732) 302-9600
Fax#: (732-302-9066)

Order Filed on November 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Kathleen Thomas

Case No.: 13-33748-KCF

Chapter: 13

Judge: Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 14, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale_____, the applicant, is allowed a fee of $ _____990.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____990.00_____. The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____990.00_____ per month for __1 additional__ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*