UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Abelson & Truesdale, LLC
Bruce C. Truesdale, Esq.
147 Union Avenue, Suite 1E
Middlesex, NJ 08846
Tel: (732) 302-9600
Fax#: (732-302-9066

**Order Filed on November 14, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Kathleen Thomas

Case No.: 13-33748-KCF

Chapter: 13

Judge: Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale_____, the applicant, is allowed a fee of $ ___990.00___ for services rendered and expenses in the amount of $___0___ for a total of $___990.00___. The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $___990.00___ per month for __1 additional__ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:
Kathleen R Thomas
    Debtor

Case No. 13-33748-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin          Page 1 of 1         Date Rcvd: Nov 14, 2018
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
db         +Kathleen R Thomas,   1106 High Street,   Burlington, NJ 08016-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
            Albert   Russo   docs@russotrustee.com
            Albert   Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert   Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
            Bruce C. Truesdale   on behalf of Debtor Kathleen R Thomas brucectruesdalepc@gmail.com,
             bctpcecf@gmail.com;r49787@notify.bestcase.com
            Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee for
             HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Joshua I. Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Justin   Plean   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;ras@ecf.courtdrive.com
            Kevin M. Buttery   on behalf of Creditor   U.S. Bank National Association, as Trustee for
             HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4
             bkyefile@rasflaw.com
            Kevin M. Buttery   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkyefile@rasflaw.com
            Laura M. Egerman   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;legerman@rasnj.com
            Sindi   Mncina   on behalf of Creditor   U.S. Bank National Association, as Trustee for
             HarborView Mortgage Loan Trust 2006-4, Mortgage Loan Pass-Through Certificates, Series 2006-4
             smncina@rascrane.com
                                                                                                TOTAL: 12