**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** _____

**Court claim no.** (if known):
_____

**Last 4 digits** of any number you use to identify the debtor's account:  ____ ____ ____ ____

**Property address:** _____
        Number        Street

        _____

        _____
        City                State        ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

❏ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❏ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

❏ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                            MM / DD / YYYY

❏ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                          (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b)  $ _____

c.  **Total**. Add lines a and b.                                      (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
                                                            MM / DD / YYYY

Debtor 1 _____      Case number *(if known)* _____
          First Name      Middle Name      Last Name

---

| **Part 4:** | **Itemized Payment History** |
| --- | --- |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
| --- | --- |

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.
❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____      Date  06 ___/____/_____
   Signature

Print   _____      Title  _____
        First Name        Middle Name        Last Name

Company  _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  _____
         Number              Street

         _____
         City                        State      ZIP Code

Contact phone  (_____) _____–_____      Email _____

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Case No.: _____

Chapter: _____

In Re:

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1.  I, _____ :

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____, who represents

_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.    On _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

3.    I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____        _____
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

## Post-Petition Ledger

| Filed By: | DARRELL  THOMAS | | | | | | | |
| | KATHLEEN  THOMAS | Payment Changes | | | | | | |
| Case Number: | 13-33748 | From Date | To Date | Total Amount | P&I Total | Escrow Total | Total amount received on post as per system (Column B) | $ 103,485.99 |
| Filing Date: | 10/30/13 | 1-Nov-13 | 1-Aug-16 | $1,639.28 | | | Total amount should be received till NOFC filed. | 102,561.18 |
| Payments in POC: | $1,017.23 | 1-Sep-16 | 1-Apr-17 | $1,662.29 | | | Difference | $ 924.81 |
| First Post Due Date: | 11/01/13 | 1-May-17 | 1-Aug-18 | $1,685.19 | | | | |
| | | 1-Sep-18 | 1-Dec-18 | $1,187.67 | | | | |
| | | 1-Jan-19 | | $1,822.71 | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | | $ - | $ - |
| | | | | $ - | | | | | | $ - | $ - |
| 11/15/13 | $ 1,653.41 | 11/01/13 | $ 1,639.28 | $ 14.13 | | | $ 1,653.41 | | | $ - | $ - |
| 12/24/13 | $ 1,018.00 | | | $ 1,032.13 | | | | | | $ 1,018.00 | $ 1,018.00 |
| 02/07/14 | $ 1,653.41 | 12/01/13 | $ 1,639.28 | $ 1,046.26 | | | $ 1,639.28 | | | $ 14.13 | $ 1,032.13 |
| 02/07/14 | $ 1,639.28 | 01/01/14 | $ 1,639.28 | $ 1,046.26 | | | $ 1,639.28 | | | $ - | $ 1,032.13 |
| 03/04/14 | $ 1,200.00 | 02/01/14 | $ 1,639.28 | $ 606.98 | | | $ 1,639.28 | | | $ (439.28) | $ 592.85 |
| 04/08/14 | $ 1,660.00 | 03/01/14 | $ 1,639.28 | $ 627.70 | | | $ 1,639.28 | | | $ 20.72 | $ 613.57 |
| 05/05/14 | $ 1,645.00 | 04/01/14 | $ 1,639.28 | $ 633.42 | | | $ 1,639.28 | | | $ 5.72 | $ 619.29 |
| 06/27/14 | $ 1,670.00 | 05/01/14 | $ 1,639.28 | $ 664.14 | | | $ 1,639.28 | | | $ 30.72 | $ 650.01 |
| 07/11/14 | $ 1,670.00 | 06/01/14 | $ 1,639.28 | $ 694.86 | | | $ 1,639.28 | | | $ 30.72 | $ 680.73 |
| 08/19/14 | $ 1,700.00 | 07/01/14 | $ 1,639.28 | $ 755.58 | | | $ 1,639.28 | | | $ 60.72 | $ 741.45 |
| 09/22/14 | $ 1,660.00 | 08/01/14 | $ 1,639.28 | $ 776.30 | | | $ 1,639.28 | | | $ 20.72 | $ 762.17 |
| 11/17/14 | $ 1,650.00 | 09/01/14 | $ 1,639.28 | $ 787.02 | | | $ 1,639.28 | | | $ 10.72 | $ 772.89 |
| 12/26/14 | $ 1,650.00 | 10/01/14 | $ 1,639.28 | $ 797.74 | | | $ 1,639.28 | | | $ 10.72 | $ 783.61 |
| 02/20/15 | $ 1,640.00 | 11/01/14 | $ 1,639.28 | $ 798.46 | | | $ 1,639.28 | | | $ 0.72 | $ 784.33 |
| 03/30/15 | $ 1,650.00 | 12/01/14 | $ 1,639.28 | $ 809.18 | | | $ 1,639.28 | | | $ 10.72 | $ 795.05 |
| 05/22/15 | $ 1,650.00 | 01/01/15 | $ 1,639.28 | $ 819.90 | | | $ 1,639.28 | | | $ 10.72 | $ 805.77 |
| 06/29/15 | $ 1,650.00 | 02/01/15 | $ 1,639.28 | $ 830.62 | | | $ 1,639.28 | | | $ 10.72 | $ 816.49 |
| 08/13/15 | $ 1,660.00 | 03/01/15 | $ 1,639.28 | $ 851.34 | | | $ 1,639.28 | | | $ 20.72 | $ 837.21 |
| 09/18/15 | $ 1,650.00 | 04/01/15 | $ 1,639.28 | $ 862.06 | | | $ 1,639.28 | | | $ 10.72 | $ 847.93 |
| | AO entred | | | $ - | | | | | | $ - | $ 847.93 |
| 10/16/15 | $ 1,650.00 | | | $ 1,650.00 | | | $ 1,639.28 | | | $ 10.72 | $ 858.65 |
| 11/25/15 | $ 1,639.28 | 11/01/15 | $ 1,639.28 | $ 1,650.00 | | | $ 1,639.28 | | | $ - | $ 858.65 |
| 11/25/15 | $ 260.72 | | $ 997.41 | $ 913.31 | | | | | | $ 260.72 | $ 1,119.37 |
| 12/08/15 | | | | $ 913.31 | | | | | | $ - | $ 1,119.37 |
| 01/11/16 | $ 1,639.28 | | | $ 2,552.59 | | | $ 1,639.28 | | | $ - | $ 1,119.37 |
| 01/11/16 | $ 260.72 | 12/01/15 | $ 1,639.28 | $ 1,174.03 | | | | | | $ 260.72 | $ 1,380.09 |
| 01/25/16 | $ 1,800.00 | | $ 997.41 | $ 1,976.62 | | | | | | $ 1,800.00 | $ 3,180.09 |
| 01/26/16 | | | | $ 1,976.62 | | | $ 1,639.28 | | | $ (1,639.28) | $ 1,540.81 |
| 02/12/16 | $ 1,700.00 | 01/01/16 | $ 1,639.28 | $ 2,037.34 | | | $ 1,639.28 | | | $ (1,639.28) | $ 3,240.81 |
| 02/16/16 | | | $ 997.41 | $ 1,039.93 | | | | | | $ (1,639.28) | $ 1,601.53 |
| 03/18/16 | $ 1,800.00 | 02/01/16 | $ 1,639.28 | $ 1,200.65 | | | | | | $ 1,800.00 | $ 3,401.53 |
| 03/21/16 | | | | $ 1,200.65 | | | $ 1,639.28 | | | $ (1,639.28) | $ 1,762.25 |
| 03/21/16 | | | | $ 1,200.65 | | | $ 1,639.28 | | | $ (1,639.28) | $ 122.97 |
| 05/05/16 | $ 1,700.00 | | $ 997.41 | $ 1,903.24 | | | $ - | | | $ 1,700.00 | $ 1,822.97 |
| 05/06/16 | | | | $ 1,903.24 | | | $ 1,639.28 | | | $ (1,639.28) | $ 183.69 |
| 06/01/16 | $ 1,750.00 | 03/01/16 | $ 1,639.28 | $ 2,013.96 | | | $ - | | | $ 1,750.00 | $ 1,933.69 |
| 06/02/16 | | | $ 997.41 | $ 1,016.55 | | | $ 1,639.28 | | | $ (1,639.28) | $ 294.41 |
| 06/13/16 | $ 1,700.00 | | | $ 2,716.55 | | | $ - | | | $ 1,700.00 | $ 1,994.41 |
| 06/14/16 | | | | $ 2,716.55 | | | $ 1,639.28 | | | $ (1,639.28) | $ 355.13 |
| 07/14/16 | $ 1,700.00 | 04/01/16 | $ 1,639.28 | $ 2,777.27 | | | $ - | | | $ 1,700.00 | $ 2,055.13 |
| 07/15/16 | | | $ 997.41 | $ 1,779.86 | | | $ 1,639.28 | | | $ (1,639.28) | $ 415.85 |
| 08/03/16 | $ 368.16 | 05/01/16 | $ 1,639.28 | $ 508.74 | | | $ - | | | $ 368.16 | $ 784.01 |
| 08/09/16 | | | | $ 508.74 | | | $ - | | | $ - | $ 784.01 |
| 09/07/16 | $ 1,700.00 | | $ 997.41 | $ 1,211.33 | | | $ - | | | $ 1,700.00 | $ 2,484.01 |
| 09/08/16 | | | | $ 1,211.33 | | | $ 1,639.28 | | | $ (1,639.28) | $ 844.73 |
| 10/05/16 | $ 1,700.00 | 06/01/16 | $ 1,639.28 | $ 1,272.05 | | | $ - | | | $ 1,700.00 | $ 2,544.73 |
| 10/06/16 | | | | $ 1,272.05 | | | $ 1,662.29 | | | $ (1,662.29) | $ 882.44 |
| 11/16/16 | $ 1,326.96 | | $ 997.41 | $ 1,601.60 | | | $ - | | | $ 1,326.96 | $ 2,209.40 |
| 11/16/16 | $ 373.04 | | | $ 1,974.64 | | | $ - | | | $ 373.04 | $ 2,582.44 |
| 11/16/16 | | | | $ 1,974.64 | | | $ 1,662.29 | | | $ (1,662.29) | $ 920.15 |
| 12/29/16 | $ 1,326.96 | 07/01/16 | $ 1,639.28 | $ 1,662.32 | | | $ - | | | $ 1,326.96 | $ 2,247.11 |
| 12/29/16 | $ 373.04 | | $ 997.41 | $ 1,037.95 | | | $ - | | | $ 373.04 | $ 2,620.15 |
| 12/29/16 | | | | $ 1,037.95 | | | $ 1,662.29 | | | $ (1,662.29) | $ 957.86 |
| 01/25/17 | $ 37.71 | | | $ 1,075.66 | | | $ - | | | $ 37.71 | $ 995.57 |
| 01/25/17 | $ 1,662.29 | 08/01/16 | $ 1,639.28 | $ 1,098.67 | | | $ 1,662.29 | | | $ - | $ 995.57 |
| 03/06/17 | $ 1,662.29 | 09/01/16 | $ 1,662.29 | $ 1,098.67 | | | $ 1,662.29 | | | $ - | $ 995.57 |
| 03/06/17 | $ 37.71 | | | $ 1,136.38 | | | $ - | | | $ 37.71 | $ 1,033.28 |
| 03/30/17 | $ 1,662.29 | 10/01/16 | $ 1,662.29 | $ 1,136.38 | | | $ 1,662.29 | | | $ - | $ 1,033.28 |
| 03/30/17 | $ 37.71 | | | $ 1,174.09 | | | $ - | | | $ 37.71 | $ 1,070.99 |
| 05/31/17 | $ 1,650.00 | | | $ 2,824.09 | | | $ - | | | $ 1,650.00 | $ 2,720.99 |
| 06/01/17 | | 11/01/16 | $ 1,662.29 | $ 1,161.80 | | | $ - | | | $ - | $ 2,720.99 |
| 07/03/17 | $ 1,700.00 | | | $ 2,861.80 | | | $ - | | | $ 1,700.00 | $ 4,420.99 |
| 07/05/17 | | 12/01/16 | $ 1,662.29 | $ 1,199.51 | | | $ 1,662.29 | | | $ (1,662.29) | $ 2,758.70 |
| 08/01/17 | $ 1,700.00 | | | $ 2,899.51 | | | $ - | | | $ 1,700.00 | $ 4,458.70 |
| 08/02/17 | | 01/01/17 | $ 1,662.29 | $ 1,237.22 | | | $ 1,662.29 | | | $ (1,662.29) | $ 2,796.41 |
| 08/24/17 | $ 1,700.00 | | | $ 2,937.22 | | | $ - | | | $ 1,700.00 | $ 4,496.41 |
| 08/25/17 | | 02/01/17 | $ 1,662.29 | $ 1,274.93 | | | $ 1,662.29 | | | $ (1,662.29) | $ 2,834.12 |
| 09.12.2017 | | | | $ 1,274.93 | | | $ - | | | $ - | $ 2,834.12 |
| 10.02.2017 | $ 1,670.00 | | | $ 2,944.93 | | | $ - | | | $ 1,670.00 | $ 4,504.12 |
| 10.10.2017 | | 03/01/17 | $ 1,662.29 | $ 1,282.64 | | | $ 1,662.29 | | | $ (1,662.29) | $ 2,841.83 |
| 10.10.2017 | | | | $ 1,282.64 | | | $ - | | | $ - | $ 2,841.83 |
| 11/28/17 | $ 1,800.00 | 04/01/17 | $ 1,662.29 | $ 1,420.35 | | | $ 1,549.41 | | | $ 1,800.00 | $ 4,641.83 |
| 01/10/18 | $ 1,660.00 | 05/01/17 | $ 1,685.19 | $ 1,395.16 | | | $ 1,233.67 | | | $ (1,549.41) | $ 3,092.42 |
| 01/10/18 | | | | $ 1,395.16 | | | $ 1,233.67 | | | $ 1,660.00 | $ 4,752.42 |
| 01/15/18 | | | | $ 1,395.16 | | | $ 1,233.67 | | | $ (1,233.67) | $ 3,518.75 |
| 03/14/18 | $ 1,600.00 | | | $ 2,995.16 | | | $ - | | | $ 1,600.00 | $ 5,118.75 |
| 03/15/18 | | 06/01/17 | $ 1,685.19 | $ 1,309.97 | | | $ 1,120.79 | | | $ (1,120.79) | $ 3,997.96 |
| 03/15/18 | | | | $ 1,309.97 | | | $ 1,120.79 | | | $ (1,120.79) | $ 2,877.17 |
| 05/03/18 | $ 1,600.00 | 07/01/17 | $ 1,685.19 | $ 1,224.78 | | | $ - | | | $ 1,600.00 | $ 4,477.17 |
| 05/04/18 | | | | $ 1,224.78 | | | $ 1,120.79 | | | $ (1,120.79) | $ 3,356.38 |
| 05/29/18 | $ 1,200.00 | 08/01/17 | $ 1,685.19 | $ 739.59 | | | $ 1,200.00 | | | $ 1,200.00 | $ 4,556.38 |
| 05/29/18 | $ 400.00 | | | $ 1,139.59 | | | $ 400.00 | | | $ 400.00 | $ 4,956.38 |
| | AO entred | | | $ - | | | $ - | | | $ - | $ 4,956.38 |
| 05/30/18 | | | | $ - | | | $ 1,120.79 | | | $ (1,120.79) | $ 3,835.59 |
| 05/30/18 | | | | $ - | | | $ 1,120.79 | | | $ (1,120.79) | $ 2,714.80 |
| 06/12/18 | | | | $ - | | | $ - | $ 529.81 | $ 24.00 | $ (553.81) | $ 2,160.99 |
| 06/25/18 | $ 1,200.00 | | | $ 1,200.00 | | | $ 1,200.00 | | | $ 1,200.00 | $ 3,360.99 |
| 06/26/18 | | | | $ 1,200.00 | | | $ 1,120.79 | | | $ (1,120.79) | $ 2,240.20 |
| 07/23/18 | $ 1,200.00 | | | $ 2,400.00 | | | $ - | | | $ 1,200.00 | $ 3,440.20 |
| 07/24/18 | | | | $ 2,400.00 | | | $ 1,120.79 | | | $ (1,120.79) | $ 2,319.41 |
| 09/17/18 | $ 10,355.00 | | | $ 12,755.00 | | | $ - | | | $ 10,355.00 | $ 12,674.41 |
| 09/18/18 | | | | $ 12,755.00 | | | $ 1,120.79 | | | $ (1,120.79) | $ 11,553.62 |
| 09/18/18 | | | | $ 12,755.00 | | | $ 1,120.79 | | | $ (1,120.79) | $ 10,432.83 |
| 09/18/18 | | | | $ 12,755.00 | | | $ 1,120.79 | | | $ (1,120.79) | $ 9,312.04 |
| 09/18/18 | | | | $ 12,755.00 | | | $ 1,120.79 | | | $ (1,120.79) | $ 8,191.25 |

| Date | Amount | Date | Amount | Balance | Note | Amount | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/18/18 | | | | $ 12,755.00 | | $ 1,187.67 | | $ (1,187.67) | $ 7,003.58 |
| 09/18/18 | | | | $ 12,755.00 | | $ 1,187.67 | | $ (1,187.67) | $ 5,815.91 |
| 09/18/18 | | | | $ 12,755.00 | | $ 1,187.67 | | $ (1,187.67) | $ 4,628.24 |
| 09/20/18 | | | | $ 12,755.00 | | $ 1,187.67 | | $ (1,187.67) | $ 3,440.57 |
| 09/20/18 | | | | $ 12,755.00 | | $ 1,187.67 | | $ (1,187.67) | $ 2,252.90 |
| 10/02/18 | $ 1,231.62 | | | $ 13,986.62 | | | | $ 1,231.62 | $ 3,484.52 |
| 10/03/18 | | | | $ 13,986.62 | | $ 1,077.24 | | $ (1,077.24) | $ 2,407.28 |
| 11/28/18 | $ 1,200.00 | | | $ 15,186.62 | | | | $ 1,200.00 | $ 3,607.28 |
| 11/29/18 | | | | $ 15,186.62 | | $ 1,187.67 | | $ (1,187.67) | $ 2,419.61 |
| 12/24/18 | $ 1,200.00 | 08/22/18 | $ 15,340.54 | $ 1,046.08 | | | | $ 1,200.00 | $ 3,619.61 |
| 12/26/18 | | | | $ 1,046.08 | | $ 1,187.67 | | $ (1,187.67) | $ 2,431.94 |
| 01/11/19 | $ 148.56 | | | $ 1,194.64 | | | | $ 148.56 | $ 2,580.50 |
| 02/04/19 | $ 2,000.00 | 09/01/18 | $ 1,187.67 | $ 2,006.97 | | | | $ 2,000.00 | $ 4,580.50 |
| 03/04/19 | $ 2,000.00 | 10/01/18 | $ 1,077.24 | $ 2,929.73 | | | | $ 2,000.00 | $ 6,580.50 |
| 03/05/19 | | 11/01/18 | $ 1,187.67 | $ 1,742.06 | | $ 1,822.71 | | $ (1,822.71) | $ 4,757.79 |
| 04/01/19 | $ 2,100.00 | 12/01/18 | $ 1,187.67 | $ 2,654.39 | | | | $ 2,100.00 | $ 6,857.79 |
| 04/02/19 | | 01/01/19 | $ 1,822.71 | $ 831.68 | | $ 1,822.71 | | $ (1,822.71) | $ 5,035.08 |
| 04/02/19 | | | | $ 831.68 | | $ 1,822.71 | | $ (1,822.71) | $ 3,212.37 |
| 04/30/19 | $ 1,933.55 | 02/01/19 | $ 1,822.71 | $ 942.52 | | | | $ 1,933.55 | $ 5,145.92 |
| 05/01/19 | | | | $ 942.52 | | $ 1,822.71 | | $ (1,822.71) | $ 3,323.21 |
| 05/29/19 | $ 2,000.00 | 03/01/19 | $ 1,822.71 | $ 1,119.81 | | | | $ 2,000.00 | $ 5,323.21 |
| 05/30/19 | | | | $ 1,119.81 | | $ 1,907.46 | | $ (1,907.46) | $ 3,415.75 |
| | | | | $ 1,119.81 | backoff | $ (1,907.46) | | $ 1,907.46 | $ 5,323.21 |
| | | | | $ 1,119.81 | backoff | $ (1,822.71) | | $ 1,822.71 | $ 7,145.92 |
| 06/07/19 | | | $ 195.00 | $ 924.81 | PPFN | | $ 195.00 | $ (195.00) | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |
| | | | | $ 924.81 | | | | $ - | $ 6,950.92 |